# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

JO ANN WILLIAMS                                                                 PLAINTIFF

v.           Civil No. 10-3003

HARTFORD LIFE GROUP
INSURANCE COMPANY                                                              DEFENDANT

## **O R D E R**

Now on this 11th day of March, 2010, comes on for consideration plaintiff's **Motion To Dismiss** (document #10), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted,** and this matter is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

   /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**